**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SADAT ABBAS, individually and on behalf of ) <br> a class of similarly situated individuals, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> SELLING SOURCE, LLC, a Delaware limited ) <br> liability company, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case No. 1:09-CV-3413 <br><br> Judge Joan B. Gottschall <br> Magistrate Judge Maria Valdez |

**JOINT MOTION TO DISMISS**

Plaintiff Sadat Abbas and defendant Selling Source, LLC (collectively the "Parties") respectfully move to dismiss this case in light of a settlement agreement reached by the Parties. In support of this motion, the Parties state as follows:

1. This is a joint motion of all Parties.

2. The Parties, through their counsel, have agreed to a settlement that resolves this case in its entirety. The terms of that settlement agreement have been met.

WHEREFORE, the parties respectfully request that this Court enter the Agreed Order dismissing the individual action of Sadat Abbas, with prejudice, and dismissing the class claims raised in the First Amended Complaint, without prejudice.

| | |
|---|---|
| Dated: March 8, 2010 | Respectfully submitted,<br><br>*/s/ Blaine C. Kimrey*<br>Blaine C. Kimrey<br>One of the attorneys for defendant Selling Source, LLC<br><br>Blaine C. Kimrey, Esq.<br>bkimrey@lathropgage.com<br>Bryan K. Clark, Esq.<br>bclark@lathropgage.com<br>Lathrop & Gage LLP<br>100 North Riverside Plaza, Suite 2100<br>Chicago, IL 60606<br>(312) 920-3300<br>(312) 920-3301 (fax)<br><br>*Attorneys for defendant Selling Source, LLC*<br><br>*/s/ Michael J. McMorrow*<br>Michael J. McMorrow<br>One of the attorneys for Sadat Abbas<br><br>Michael J McMorrow, Esq.<br>mjmcmorrow@edelson.com<br>Ryan D. Andrews, Esq.<br>randrews@edelson.com<br>Edelson McGuire LLC<br>350 N. LaSalle St.<br>Suite 1300<br>Chicago, IL 60654<br>(312) 589-6371<br>(312) 589-6378 (fax)<br><br>*Attorneys for plaintiff Sadat Abbas* |