

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SADAT ABBAS, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>SELLING SOURCE, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 1:09-CV-3413<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Maria Valdez |

## AGREED ORDER OF DISMISSAL

This cause coming on to be heard, the parties having reached a settlement agreement, and the Court being fully advised of the matter:

It is ordered that the individual action of Sadat Abbas is dismissed, with prejudice. The class claims raised in the First Amended Complaint are dismissed, without prejudice. Each party is to bear its own costs.

Dated 3/18/2010, 2010    Enter: _____

MAR 18 2010

Honorable Joan B. Gottschall